Lawrence C. Ecoff, Esq. (SBN 143814)
Alberto J. Campain, Esq. (SBN 204068)
Yaron M. Tilles, Esq. (SBN 208556)
**ECOFF CAMPAIN & TILLES, LLP**
A Limited Liability Partnership
280 South Beverly Drive, Suite 504
Beverly Hills, California 90212
Telephone: (310) 887-1850
Facsimile: (310) 887-1855
Email: ecoff@ecofflaw.com
campain@ecofflaw.com
tilles@ecofflaw.com

Attorneys for Plaintiff
EFT HOLDINGS, INC., f/k/a EFT BIOTECH
HOLDINGS, INC., a Nevada corporation

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| EFT HOLDINGS, INC., f/k/a EFT BIOTECH HOLDINGS, INC., a Nevada corporation,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>CTX VIRTUAL TECHNOLOGIES, INC., a Delaware corporation; BUCKMAN, BUCKMAN, & REID, INC., a Delaware corporation, CLIFF RHEE, an individual; PETER LAU, an individual,<br><br>　　　　　Defendants. | Case No.: CV15-01597 GW(RAO)<br><br>**NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE THAT**, pursuant to United States District Court for the Central District of California Local Rule 40-2, Plaintiff EFT Holdings, Inc., f/k/a EFT Biotech Holdings, Inc. ("EFT") and Defendants BUCKMAN, BUCKMAN & REID, INC. and PETER LAU ("Defendants," and collectively with

---

1

**NOTICE OF SETTLEMENT**

EFT referred to as "Settling Parties"), by and through their respective attorneys of record, hereby notify the Court that the Settling Parties have reached a settlement as to all claims and issues, as between them, in this action.

At the settlement conference on December 4, 2017, the Settling Parties placed the settlement on the record including that the court would retain jurisdiction to enforce the agreement. Settling Parties are in the process of finalizing the written settlement agreement and will file a Stipulation and [Proposed] Order for Dismissal with Prejudice within 45 days.

Dated: December 5, 2017

/s/ Yaron M. Tilles
LAWRENCE C. ECOFF, ESQ.
ALBERTO J. CAMPAIN, ESQ.
YARON M. TILLES, ESQ.

Attorneys for Plaintiff
EFT HOLDINGS, INC., f/k/a EFT BIOTECH HOLDINGS, INC., a Nevada corporation