# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-1597 GW (RAOx) | Date | Dec. 4, 2017 |
|---|---|---|---|
| Title | EFT Holdings, Inc. v. CTX Virtual Technologies, Inc., et al | | |

Present: The Honorable **Jay C. Gandhi, United States Magistrate Judge**

| Kristee Hopkins | CS 12/4/2017 | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:
Lawrence C. Ecoff
Yaron M. Tilles

Attorneys Present for Defendants:
Theodora C. Peters

**Proceedings:** **ORDER REGARDING SETTLEMENT CONFERENCE**

The above-captioned matter came on for a Settlement Conference.

The parties and their lead counsel were present.

The Court caucused with the parties and their lead counsel.

The matter was resolved.

The Court appreciates the professionalism and cooperation of the parties and their lead counsel.

*It is so ordered.*

cc: Hon. George H. Wu
Parties of Record

8 : 15
Initials of Preparer    kh