# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-1597-GW(CWx) | Date | March 29, 2018 |
|---|---|---|---|
| Title | *EFT Holdings, Inc. v. CTX Virtual Technologies, Inc., et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Lawrence C. Ecoff                Theodore C. Peters
Yaron Tilles

**PROCEEDINGS:**  **TELEPHONIC CONFERENCE**

Further discussions with Judge Gandhi are ongoing. The Court continues the hearing to April 19, 2018 at 8:30 a.m., with a joint status report to be filed by noon on April 17, 2018.

: 02

Initials of Preparer  JG