JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 15-1597-GW(CWx) | Date | July 11, 2018 |
|---|---|---|---|
| Title | *EFT Holdings, Inc. v. CTX Virtual Technologies, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Lawrence C. Ecoff | Theodore C. Peters |

**PROCEEDINGS:** **PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT [219]**

Hearing is held off the record.

Settlement is reached and placed on the record. The Court dismisses this action with prejudice per the agreement of counsel, and will retain jurisdiction to enforce the terms of the settlement.

: 27

Initials of Preparer  JG